UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEXIS SOTO FERNANDEZ,

    Plaintiff,

v.        Case No:   2:16-cv-841-FtM-38MRM

TREES, INC.,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

Pending before the Court is Defendant Trees, Inc.'s Motion to Compel Discovery (Doc. 24) filed on June 23, 2017. No response was filed to the Motion to Compel Discovery and the time to file a response has lapsed.

In the Motion to Compel, Defendant contends that it served its First Set of Interrogatories and First Request for Production of Documents on Plaintiff on February 10, 2017. (Doc. 24 at 2). Defendant states that Plaintiff's response was due on or before March 13, 2017. (*Id.*). Defendant asserts that Plaintiff's counsel requested multiple extensions of time to respond to the outstanding discovery. (*Id.*). Finally, on March 27, 2017, Defendant stated that Plaintiff provided verified Answers to Interrogatories and a Response to Defendant's Request for Production, but did not produce any responsive documents. (*Id.*). After review of the responses, Defendant determined that the responses to the outstanding discovery were insufficient and unresponsive. (*Id.*). Defendant attempted to obtain supplemental responses from Plaintiff, but Plaintiff failed to provide any supplemental responses to the discovery or produce any documents. (*Id*. at 3-4). Moreover, Plaintiff failed to file a response to the present Motion to Compel Discovery.

Based upon Plaintiff's failure to supplement his Answers to Interrogatories, failure to produce documents, and failure to respond timely to the Motion to Compel Discovery, the Court finds that Plaintiff is not prosecuting this action. *See* M.D. Fla. R. 3.10. Consequently, Plaintiff *shall* promptly file a response to the Motion to Compel Discovery and separately file a response to the Order to Show Cause, showing good cause why the Motion to Compel Discovery should not be granted, including the request for attorney's fees and costs.

Accordingly, it is hereby **ORDERED**:

1) **On or before July 17, 2017**, Plaintiff shall file a response to the Motion to Compel Discovery (Doc. 24).

2) **On or before July 17, 2017**, Plaintiff shall file a separate response to this Order to Show Cause, showing good cause why the Motion to Compel Discovery should not be granted in its entirety – including the request for attorney's fees and costs – due to Plaintiff's failure to supplement his discovery responses and due to Plaintiff's failure to file a timely response to the Motion to Compel.

**DONE AND ORDERED** in Fort Myers, Florida on July 10, 2017.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties