UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEXIS SOTO FERNANDEZ,

    Plaintiff,

v.                        Case No: 2:16-cv-841-FtM-38MRM

TREES, INC.,

    Defendant.
_____/

## **ORDER**

Pending before the Court are Plaintiff's Motion to Compel and for Sanctions (Doc. 32) and Defendant's Response in opposition thereto (Doc. 41).

Upon a careful review of the parties' submissions, the Court finds that the motion to compel was filed prematurely, has since been rendered moot, and is now due to be denied in its entirety. It is clear to the Court that Plaintiff's counsel stipulated by email that Defendant's discovery responses[1] could be produced by an extended deadline of Wednesday, November 29, 2017. (*See* Doc. 41-2).[2] It is also clear that Plaintiff's counsel filed the motion to compel *before* this stipulated deadline expired and without engaging in an adequate good-faith conference as

---

[1] Specifically, Plaintiff's counsel's email referred to "the rest of the discovery," which phrasing was sufficiently broad to encompass any form of written discovery response and document production that might have been due. (*See* Doc. 41-2).

[2] Although this stipulation appears to have been conditioned to some extent on Defendant's more immediate production of certain witness statements, it also appears to the Court that Defendant complied with that precondition. (*See* Doc. 41 at 3 ¶ 8). Although Plaintiff complains that this interim production of witness statements was comprised of a single two-page document (*see* Doc. 32 at 4), Plaintiff fails to explain how the interim production was deficient or insufficient. (*See id.*). In any case, the Court finds that Plaintiff was not entitled under these circumstances to condition Plaintiff's consent to Defendant's reasonable request for a brief extension of time on the production of the witness statements.

required by M.D. Fla. R. 3.01(g).  (*See* Doc. 32, filed November 24, 2017).  Thus, Plaintiff's motion was premature on its face.  Moreover, Defendant appears to have complied with its obligation to produce discovery responses by November 29.  (*See* Doc. 41 at 3 ¶¶ 10-11).  Plaintiff has not sought leave to file a reply or otherwise attempted to argue that Defendant's discovery responses and document production to date are insufficient.  Thus, the motion to compel appears to be moot.

Based upon the foregoing, the Court **ORDERS** as follows:

1. Plaintiff's Motion to Compel and for Sanctions (Doc. 32) is **DENIED** as premature, as moot, and for failure to comply with M.D. Fla. R. 3.01(g).

2. The Court, in its discretion, specifically denies all parties' requests for attorney's fees and costs in connection with this discovery dispute.  Each party shall bear its own fees and costs in connection with this dispute.

**DONE AND ORDERED** in Fort Myers, Florida on December 22, 2017.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties