UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEXIS SOTO FERNANDEZ,

    Plaintiff,

v.                                            Case No.:  2:16-cv-841-FtM-38MRM

TREES, INC.,

    Defendant.
_____/

## ORDER

This matter comes before the Court after today's telephonic status conference with the parties. The parties believe—as does the Court—that a settlement conference with the non-assigned United States Magistrate Judge may be beneficial in resolving this case before trial.

Accordingly, it is

**ORDERED:**

(1) This case is **REFERRED** to the United States Magistrate Judge Nicholas P. Mizell to conduct a settlement conference (video or otherwise) and issue any order deemed appropriate thereafter. All parties must attend the settlement conference as directed by Judge Mizell.

(2) The parties are **DIRECTED** to contact Judge Mizell's Chambers to arrange for a mutually agreeable time for the settlement conference

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of July 2020.

*[signature]*

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:    United States Magistrate Judge Nicholas P. Mizell
All Parties of Record